# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOLLA,<br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br>    Defendant. | Case No. 16-cv-04142-MEJ<br><br>**ORDER VACATING CMC AND MOTION HEARINGS**<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and Alternative Dispute Resolution (ADR) Local Rule 2-3, the Court refers this foreclosure-related action to the ADR Department for a telephone conference to assess the case's suitability for mediation or a settlement conference. All proceedings in this case are stayed pending the outcome of the ADR assessment conference. Any pending motion, such as a motion to dismiss, is denied without prejudice to refiling it after the stay is lifted. All other deadlines and hearings, such as any pending Case Management Conference, are vacated. After the ADR Department advises the Court of the outcome of the assessment conference, the Court will decide whether the stay should be lifted and, if necessary, issue a further scheduling order.

The parties shall participate in a telephone conference, to be scheduled by the ADR Department as soon as possible, but no later than September 16, 2017. The parties shall be prepared to discuss the following subjects:

(1)  Identification and description of claims and alleged defects in loan documents.

(2)  Prospects for loan modification.

(3)  Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference. In preparation for the telephone conference, Plaintiff shall do the following:

(1) Review relevant loan documents and investigate the claims to determine whether they have merit.

(2) If Plaintiff would like a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff shall immediately notify counsel for Defendant of the request for a loan modification.

(3) Provide counsel for Defendant with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, Defendant shall do the following.

(1) If unable or unwilling to do a loan modification after receiving notice of the request, Defendant shall promptly notify Plaintiff to that effect.

(2) Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Department will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Department will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge