**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO**

| | |
|---|---|
| CHARLES BOLLA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC a Limited Liability Company; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN AND TO THE REAL PROPERTY KNOWN AS "735 ANNA MARIA STREET, LIVERMORE, CA 94550, ASSESSOR'S PARCEL NUMBER 099-0328-071"; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 16-cv-04142-MEJ<br>Assigned to Hon. Maria-Elena James<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed　　June 17, 2016<br>Trial Date　　　　　None |

　　The Court having been advised the parties agreed to a settlement of this case and having reviewed the parties' stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** this case is **DISMISSED WITH PREJUDICE.**

　　**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 15, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge